Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
James Kan (SBN 240749)
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiffs

Ronald D. Arena (SBN 218421)
rarena@arenahoffman.com
Michael Hoffman (SBN 162496)
mhoffman@arenahoffman.com
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA 94104
Tel: (415) 433-1414
Fax: (415) 520-0446

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GALEN, individually and on behalf of others similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>REDFIN CORPORATION,<br><br>　　Defendant. | Case No.: 3:14-cv-05229 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF FRCP RULE 26(F) DEADLINES PENDING DETERMINATION OF RELATED CASE STATUS**<br><br>Hon. Thelton E. Henderson<br><br>Trial:　None Set |

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF FRCP RULE 26(F) DEADLINES PENDING DETERMINATION OF RELATED CASE STATUS - CASE NO. 3:14-CV-05229 TEH

565907 2

Pursuant to Local Rules 6-2 and 7-12, Plaintiff and Defendant hereby stipulate as follows:

WHEREAS, on February 24, 2015, the Parties stipulated that *Cruz v. Redfin Corporation*, Case No. 4:14-cv-05234-YGR (N.D. Cal.) was related to this action and should be reassigned to this Court (ECF No. 14);

WHEREAS on February 24 2015, Plaintiff filed an unopposed administrative motion requesting a determination as to whether this action and the *Cruz* action were related (ECF No. 13)

WHEREAS, Federal Rule of Civil Procedure 26(f) requires the Parties to file a Rule 26(f) report and to exchange initial disclosures by February 26, 2015;

WHEREAS, the Parties agree that a more effective and comprehensive discovery plan would be possible after the Court rules on the pending administrative motion, particularly in the event the Court were to deem the cases related;

WHEREAS, the Parties agree to continue their respective deadlines for exchanging initial disclosures until the resolution of the pending administrative motion;

It is hereby stipulated and agreed by the Parties, subject to Court approval, that the deadlines required by Federal Rule of Civil Procedure 26(f) shall be continued by no less than fourteen (14) days after the Court rules on the pending administrative motion regarding related case status (ECF No. 13).

Dated:  February 26, 2015        Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

   */s/ James Kan*
Laura L. Ho
James Kan

Attorneys for Plaintiff

Dated:  February 26, 2015        ARENA HOFFMAN

   */s/ Ronald D. Arena*
Ronald D. Arena
Michael Hoffman

Attorneys for Defendant

1

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF FRCP RULE 26(F) DEADLINES PENDING DETERMINATION OF RELATED CASE STATUS - CASE NO. 3:14-CV-05229 TEH

565907 2

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 26, 2015   By:   */s/ James Kan*
GOLDSTEIN, BORGEN, DARDARIAN & HO

Attorneys for Plaintiff

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED

Dated: 02/26/15

Hon. Thelton E. Henderson
United States District Judge
Northern District of California

2

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF FRCP RULE 26(F) DEADLINES PENDING DETERMINATION OF RELATED CASE STATUS - CASE NO. 3:14-CV-05229 TEH

565907 2