UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT GALEN,

    Plaintiff,

v.

REDFIN CORPORATION,

    Defendant.

Case No. 14-cv-05229-TEH

**ORDER RESETTING HEARING**

The Court vacated the hearing scheduled for June 8, 2015 in order to stay proceedings pending the Supreme Court of California's decision in the case of *Sanchez v. Valencia Holding Company*, 61 Cal. 4th 899 (2015).

The hearing on Defendant's Motion to Compel Arbitration and Plaintiff's Motion to Enforce Law of the Case is reset to Monday, October 26, 2015 at 10:00 AM.

**IT IS SO ORDERED.**

Dated: 09/30/15

_____
THELTON E. HENDERSON
United States District Judge