UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT GALEN,

          Plaintiff,

    v.

REDFIN CORPORATION,

          Defendant.

Case No. 14-cv-05229-TEH

**ORDER RE: APPOINTMENT OF ARBITRATOR**

This matter is before the Court on the parties' April 5, 2016 stipulation requesting that the Court appoint an arbitrator. Docket No. 43. The Court granted the stipulation, and agreed to appoint an arbitrator from the list provided by the parties, and to rank the remaining arbitrators in case of unavailability. Docket No. 44.

Accordingly, the Court HEREBY APPOINTS the Honorable John True (Ret.) as the arbitrator for this case. In case of unavailability, the remaining arbitrators shall be appointed in the following order:

1.     Hon. James Ware (Ret.) (JAMS)

2.     Barry Winograd

3.     Hon. Rebecca Westerfield (Ret.) (JAMS)

4.     Hon. Edward Infante (Ret.) (JAMS)

5.     Hon. Bruce E. Meyerson (Ret.)

**IT IS SO ORDERED.**

Dated: 04/11/16

_____

THELTON E. HENDERSON
United States District Judge

United States District Court
Northern District of California