UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GALEN,<br>          Plaintiff,<br>    v.<br>REDFIN CORPORATION,<br>          Defendant. | Case No. 14-cv-05229-TEH<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from the above-entitled action and request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 03/22/17          _____
                                                       THELTON E. HENDERSON
                                                       United States District Judge